# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HILL, | CASE NO. 1:09-cv-01202-LJO-SMS PC |
| Plaintiff, | SCREENING ORDER DISMISSING CLAIM FOR INJUNCTIVE RELIEF |
| v. | (Doc. 10) |
| SHERIFF MARGRETT MIMS, et al., | |
| Defendants. | ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT ON EIGHTH AMENDMENT CLAIM, AND REQUIRING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN THIRTY DAYS |
| / | (Doc. 10) |

Plaintiff Raymond Hill, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a cognizable claim against Defendant Ah for violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); <u>Ashcroft v. Iqbal</u>, 129 S.Ct. 1937, 1949 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). However, the Court does not have jurisdiction to grant Plaintiff's request for injunctive relief in the form of revocation of Defendant Ah's medical license. Because this form of relief is not available to Plaintiff in this action, that claim shall be dismissed and this action shall proceed as one for damages only.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's claim for injunctive relief is dismissed, with prejudice, for failure to state a claim.

2. Service shall be initiated on the following defendant:

    **DR. AH, FRESNO COUNTY JAIL**

3. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 4, 2010.

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed amended complaint filed January 4, 2010.

5. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:    January 5, 2010**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE