# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HILL, | CASE NO. 1:09-cv-01202-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING DR. AH TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM |
| v. | |
| SHERIFF MARGRETT MIMS, et al., | (Doc. 14) |
| Defendants. | TWENTY-DAY DEADLINE |
| | ORDER REQUIRING CLERK'S OFFICE TO SEND COURTESY COPIES OF ORDER BY MAIL TO DR. AH AND FRESNO COUNTY COUNSEL'S OFFICE |

    Plaintiff Raymond Hill, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009. This action is proceeding on Plaintiff's amended complaint against Defendant Ah, a doctor at the Fresno County Jail, for violation of the Eighth Amendment. 28 U.S.C. § 1915A.

    On June 22, 2010, Dr. Ah was personally served with a summons and the amended complaint by the United States Marshal. Fed. R. Civ. P. 4(a). However, Dr. Ah failed to file a timely response to Plaintiff's amended complaint. Fed. R. Civ. P. 12(a). If Dr. Ah fails to respond to this order within twenty days, default will be entered against him. Fed. R. Civ. P. 55(a).

    Accordingly, it is HEREBY ORDERED that:

1.    Dr. Ah shall show cause why default should not be entered against him within **twenty (20) days** from the date of service of this order;

2.       The failure to comply with this order will result in the entry of default; and

3.       The Clerk's Office shall send courtesy copies of this order by mail to:

>Dr. Ah
>(address to be provided separately)
>
>and
>
>Fresno County Counsel's Office
>2220 Tulare St., 5th Fl.
>Fresno, CA 93721.

IT IS SO ORDERED.

**Dated:     December 8, 2010**                         **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE