# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HILL,<br><br>          Plaintiff,<br><br>     v.<br><br>T. AW,<br><br>          Defendant.<br>_____ / | CASE NO. 1:09-cv-01202-LJO-SMS PC<br><br>ORDER (1) DISCHARGING ORDER TO SHOW CAUSE; (2) GRANTING EXTENSION OF TIME NUNC PRO TUNC TO DECEMBER 21, 2010; AND (3) DIRECTING CLERK'S OFFICE TO FILE ANSWER NUNC PRO TUNC TO DECEMBER 21, 2010, AND CORRECT COURT RECORDS<br><br>(Docs. 16 and 19) |

Plaintiff Raymond Hill, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009. On December 9, 2010, the Court ordered Defendant Ah to show cause why default should not be entered against him for failure to file a response to Plaintiff's amended complaint. Defendant filed a response on December 21, 2010, along with a request for an extension of time and an answer to the amended complaint.

Having considered Defendant's request, it is HEREBY ORDERED that:

1. The order to show cause is discharged;

2. Defendant's request for an extension of time is granted nunc pro tunc to December 21, 2010;

3. The Clerk's Office shall file in the answer attached to document 19 nunc pro tunc to December 21, 2010; and

///

///

1

4. The Clerk's Office shall (1) change court records to correctly identify Defendant Ah as Defendant T. Aw and (2) change the title of this action from <u>Hill v. Mimms, et al.</u> to <u>Hill v. Aw</u>.

IT IS SO ORDERED.

**Dated:   December 23, 2010**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE