# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HILL, | CASE NO. 1:09-cv-01202-LJO-SMS PC |
| Plaintiff, | ORDER DENYING REQUEST FOR ENTRY OF DEFAULT |
| v. | (Doc. 21) |
| T. AW, | |
| Defendant. | |

Plaintiff Raymond Hill, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009. On December 22, 2010, Plaintiff filed a request for entry of default against Defendant Aw. Fed. R. Civ. P. 55(a).

Defendant Aw filed an answer to Plaintiff's amended complaint on December 21, 2010. Accordingly, Plaintiff is not entitled to entry of default and his request is HEREBY DENIED.[1]

IT IS SO ORDERED.

**Dated:   December 23, 2010**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not seek entry of default until he received the Court's order granting Defendant twenty days within which to show cause why default should not be entered. In addition to filing an answer on December 21, 2010, Defendant's response was timely filed within the twenty day period he was given to respond.

1