1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RAYMOND HILL,                                CASE NO. 1:09-cv-01202-LJO-SMS PC

10              Plaintiff,                      ORDER DISMISSING ACTION, WITHOUT
                                               PREJUDICE
11       v.
                                               (Docs. 29 and 30)
12  T. AW,

13              Defendant.
                                       /
14

15          Plaintiff Raymond Hill, a state prisoner proceeding pro se and in forma pauperis, filed this

16  civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2009.  On February 4, 2011, Plaintiff

17  filed a motion seeking voluntary dismissal of this action, and Defendant Aw filed a statement of non-

18  opposition.

19          Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is HEREBY

20  DISMISSED, without prejudice.

21

22  IT IS SO ORDERED.

23  **Dated:   February 7, 2011**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28